Certificate Number: 16339-NJ-DE-037503996

Bankruptcy Case Number: 23-14278



16339-NJ-DE-037503996

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 12, 2023</u>, at <u>1:35</u> o'clock <u>PM EDT</u>, <u>Daniel Gomez</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>June 12, 2023</u>            By:   <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>