Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−14278−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Gomez
   54 Eton Way
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−9365

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/6/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 7, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Daniel Gomez  
    Debtor

Case No. 23-14278-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 07, 2023      Form ID: 148      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Gomez, 54 Eton Way, Somerset, NJ 08873-4809 |
| 519920160 | | Citizensone, Citizens One, Johnston, RI 02919 |
| 519920162 | | Eloan/Banco Popular Loan, Attn: Bankruptcy, 9600 W Bryn Mawr Ave , Ste 100, Chicago, IL 60018 |
| 519920163 | + | Eloan/Banco Popular Loan, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 519920166 | + | Fdu Ed, Pob 2901, Winston Salem, NC 27102-2901 |
| 519982653 | ++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999 address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519927431 | + | EDI: AISACG.COM | Sep 08 2023 00:30:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519982511 | + | EDI: AISACG.COM | Sep 08 2023 00:30:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519920177 | + | EDI: GMACFS.COM | Sep 08 2023 00:30:00 | Ally Financial Inc., 500 Woodward Ave., Detroit, MI 48226-3416 |
| 519979271 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 07 2023 20:46:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 519920149 | | Email/Text: cms-bk@cms-collect.com | Sep 07 2023 20:47:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 519920150 | | Email/Text: cms-bk@cms-collect.com | Sep 07 2023 20:47:00 | Capital Management Services, LP, P.O. Box 120, Buffalo, NY 14220-0120 |
| 519920155 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 07 2023 20:48:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 519920158 | + | EDI: CITICORP.COM | Sep 08 2023 00:30:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519920156 | + | EDI: CITICORP.COM | Sep 08 2023 00:30:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519982395 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 07 2023 20:47:00 | CrossCountry Mortgage LLC, 1 Corporate Drive, |

Case 23-14278-CMG    Doc 16    Filed 09/09/23    Entered 09/10/23 00:17:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2023 | Form ID: 148 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 519920161 | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 07 2023 20:47:00 | Suite 360, Lake Zurich, IL 60047<br>Dovenmuehle Mortgage, Inc/Cross Country, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 519920178 | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 07 2023 20:47:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 36, Lake Zurich, IL 60047 |
| 519932422 | EDI: DISCOVER.COM | Sep 08 2023 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519920164 | Email/Text: bankruptcycourts@equifax.com | Sep 07 2023 20:47:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 519920165 | ^ MEBN | Sep 07 2023 20:41:53 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519982653 | EDI: JEFFERSONCAP.COM | Sep 08 2023 00:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519920153 | EDI: JPMORGANCHASE | Sep 08 2023 00:30:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519920151 | EDI: JPMORGANCHASE | Sep 08 2023 00:30:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519949698 | + Email/Text: RASEBN@raslg.com | Sep 07 2023 20:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519952497 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 20:51:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519920168 | + EDI: LENDNGCLUB | Sep 08 2023 00:30:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 519920167 | + EDI: LENDNGCLUB | Sep 08 2023 00:30:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519975970 | + EDI: LENDNGCLUB | Sep 08 2023 00:30:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519920171 | Email/Text: EBN@Mohela.com | Sep 07 2023 20:47:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519920170 | Email/Text: EBN@Mohela.com | Sep 07 2023 20:47:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519920169 | ^ MEBN | Sep 07 2023 20:42:35 | Mercantile Adjustment Bureau, LLC, PO Box 9016, Williamsville, NY 14231-9016 |
| 519977911 | EDI: Q3G.COM | Sep 08 2023 00:30:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519920172 | + Email/Text: ngisupport@radiusgs.com | Sep 07 2023 20:47:00 | Radius Global Solutions, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 519920174 | + EDI: LCIUPSTART | Sep 08 2023 00:30:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 519920173 | + EDI: LCIUPSTART | Sep 08 2023 00:30:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519920176 | + EDI: LCIUPSTART | Sep 08 2023 00:30:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 519920175 | + EDI: LCIUPSTART | Sep 08 2023 00:30:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519926575 | ^ MEBN | Sep 07 2023 20:42:49 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519920159 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519920157 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519920152 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519920154 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Crosscountry Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Daniel Gomez imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4